FILED
CLERK U.S. DISTRICT COURT

JAN 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEONARD,<br><br>    Petitioner,<br><br>    v.<br><br>GERALD J. LEVI, et al.,<br><br>    Respondents. | Case No. CV 07-5248 PA(JC)<br><br>(~~PROPOSED~~)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, and petitioner's Objections. The Court overrules the Objections and approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  United States Magistrate Judge's Report and Recommendation, and the Judgment
3  herein by United States mail on Petitioner and on any counsel for Respondents.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: January 24, 2008

    _____
    HONORABLE PERCY ANDERSON
    UNITED STATES DISTRICT JUDGE