JS-6

FILED
CLERK U.S. DISTRICT COURT
JAN 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEONARD, | Case No. CV 07-5248 PA(JC) |
| Petitioner, | |
| v. | ~~(PROPOSED)~~ |
| GERALD J. LEVI, et al., | JUDGMENT |
| Respondents. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: January 24, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE